**02–329. State v. Robinson.**

Cuyahoga App. No. 75423. On motion for leave to file delayed appeal. Motion denied.

**02–330. State v. Bake.**

Belmont App. No. 00BA31. On motion for leave to file delayed appeal. Motion denied.

Pfeifer and Lundberg Stratton, JJ., dissent.

**02–350. State v. Nichols.**

Scioto App. No. 01CA2775. On motion for order extending stay previously granted by the Fourth District Court of Appeals during pendency of appeal. Motion denied.

Moyer, C.J., F.E. Sweeney and Pfeifer, JJ., dissent.

**02–354. In re Skinner.**

Stark App. No. 2001CA00160. On motion for leave to file delayed appeal. Motion granted.

Resnick, F.E. Sweeney and Cook, JJ., dissent.

**02–370. State v. Henton.**

Ashtabula App. No. 95–A–0056. On motion for leave to file delayed appeal. Motion denied.

**02–371. State v. Liles.**

Huron App. Nos. H–00–014 and H–00–019. On motion for leave to file delayed appeal. Motion granted.

Douglas, Resnick and F.E. Sweeney, JJ., dissent.

**02–375. Cohen v. [UBS] PaineWebber, Inc.**

Hamilton App. No. C–010312. On motion for stay of court of appeals' judgment pending appeal. Motion denied.

Moyer, C.J., and Cook, J., dissent.

**02–395. State v. Upkins.**

Shelby App. No. 17–01–15. On motion for stay of court of appeals' judgment. Motion denied.

**02–506. State v. Fitzpatrick.**

Hamilton C.P. No. B0104117. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Hamilton County. Upon consideration of appellant's motion for stay of execution,

IT IS ORDERED by the court that the motion for stay of execution be, and hereby is, granted pending final disposition of this appeal.

## APPEALS ALLOWED FOR REVIEW

**01–1891. Penn Traffic Co. v. AIU Ins. Co.**

Pike App. No. 00CA653. Appeal and cross-appeals allowed and cause consolidated with 02–262, *Penn Traffic Co. v. AIU Ins. Co.*, Pike App. No. 00CA653.

Cook, J., not participating.